# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RHOADS INDUSTRIES, INC., et al. | : NO. 15-921 |
| v. | : |
| SHORELINE FOUNDATION, INC., et al. | : |
| RHOADS INDUSTRIES, INC., et al. | : |
| v. | : NO. 17-266 |
| TRITON MARINE CONSTRUCTION CORP. | : |

## ORDER

AND NOW, this 5th day of March 2021, upon consideration of Defendant Triton Marine Construction Corp.'s Motion to Disqualify Plaintiffs' Expert, Gregory Cowhey and RSM US LLP, and for Sanctions (Doc. 141); Plaintiffs' Memorandum of Law in Opposition to that motion (Doc. 137); Defendants TranSystems Corporation's and Shoreline Foundation Inc.'s Joint Response in Support of Triton's Motion to Disqualify (Doc. 138); Plaintiffs' Memorandum of Law in Opposition to that motion (Doc. 139); and Defendant Triton's Reply Brief in Support of its Motion; and for the reasons set forth in the accompanying Memorandum Opinion, which is being filed under seal, **IT IS HEREBY ORDERED** that:

1. Triton's combined Motion to Disqualify and Motion for Sanctions (Doc. 141) **IS DENIED**; and

2. Co-defendants' Joint Response in Support of Triton's motion to disqualify (Doc. 138) **IS DENIED AS MOOT**.

1

2

**IT IS FURTHER ORDERED THAT** the filings as to the motion to disqualify, as well as the Court's Memorandum Opinion addressing that motion, will remain under seal until further order. Counsel may, however, share this Order (not the memorandum) with their clients.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE