Version 1, July 28, 2:45 PM

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RHOADS INDUSTRIES, INC., et al | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 15-921 |
| | : | |
| SHORELINE FOUNDATION, INC., et al | : | |

| | | |
|---|---|---|
| RHOADS INDUSTRIES, INC., et al | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 17-266 |
| | : | |
| TRITON MARINE CONTRUCTION CORP. | : : | |

## **ORDER**

AND NOW, this 6th day of August, 2021, following upon oral argument of August 3, 2021 and our review of the parties' letter briefs (*i.e.*, letter of July 20, 2021 from John Delany, Esq. and letter of July 26, 2021 from Jay Levin, Esq.), and for the reasons set out in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendants' request to reopen expert discovery is **DENIED**.

BY THE COURT:

 /s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE