IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RHOADS INDUSTRIES, INC., ET, AL., | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRITON MARINE CONSTRUCTION CORP., | : | NO. 17-266 |

## CIVIL JUDGMENT

AND NOW, this 30th day of January 2023, in accordance with the verdict of the jury (Doc 261), IT IS **ORDERED** that Judgment is entered in favor of the Defendant Triton Marine Construction Corp., AND against Plaintiff Rhoads Industries, Inc., et, al.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE